# PD-1236-15

## TEXAS CRIMINAL COURT OF APPEALS
### At Austin

### No. 01-14-00260-CR
### IN THE FIRST COURT OF APPEALS AT HOUSTON TEXAS
Abel Acosta, Clerk

The Court of Appeals affirmed the trial court judgement on September 15, 2015

**ARTHUR ALEXANDER OFFICE, PRO SE Appellant**

V.

**THE STATE OF TEXAS, Appellee**

*30 days granted*
*12-7-15*
*PC*

## PRO SE APPELLANT'S MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUDGES OF THE CRIMINAL COURT OF APPEALS:

COMES NOW, ARTHUR ALEXANDER OFFICE, PRO SE, by and through his

Motion for Extension of Time to file his PETITION FOR DISCRETIONARY

REVIEW. In support of said motion, Appellant would show the Court the

following:

FILED IN
COURT OF CRIMINAL APPEALS

DEC 04 2015

Abel Acosta, Clerk

1. Appellant's Petition for Discretionary Review was due in this case on December 14, 2015 to the higher Court of Criminal Appeals.

2. Appellant seeks an extension of time until March 14, 2016 in which to file his Petition for Discretionary Review.

3. I am currently housed at the Federal Transfer Center in Oklahoma City, OK. I arrived at the Transfer Center on November 9, 2015. The average stay at this center is one and a half months.

4. The United States Marshalls transfer all of your property including legal materials to your destination facility, which for me is The Federal Correctional Medium Security Facility in Pollock Louisiana. I don't expect to arrive there until

around December 18, 2015. I am not sure if this is the exact date due to the holidays and security reasons. My arrival time could very well end up being after January 1, 2016.

5.  I requested the trial transcripts from the Fort Bend County Clerk's Office in October 2015, as of this date I haven't received those transcripts. I can't properly prepare a Petition for Discretionary Review without them. I asked my former Appellate Attorney Kristen Jernigan for copies of hers, she has refused to give them to me after numerous requests. Her last email response to me:

From: kristen@txcrimapp.com
Subject: Re: Copy of Arthur's Transcript
Date: Fri, 23 Oct 2015 14:10:17 -0500
To: youngtimes2@msn.com

I have explained this as clearly as I possibly can. I have sent Arthur the information on how to obtain his records. It is not my responsibility to print out a copy of the records at my expense when I am no longer his attorney.

6.  My former Attorney Kristen Jernigan filed the first extension on September 22, 2015, which was granted. I never filed a Motion for Rehearing; I am filing a Motion for an extension of time to file a Petition for Discretionary Review.

## PRAYER

**WHEREFOR, PREMISES CONSIDERED,** Appellant respectfully requests that this Honorable Court grant his Motion for Extension of Time until March 14, 2016.

Respectfully Submitted,

_____
**ARTHUR OFFICE, PRO SE**
ARTHUR OFFICE 44730379
FEDERAL TRANSFER CENTER
PO BOX 898801
Oklahoma City, OK 73189-8801

# CERTIFICATE OF SERVICE

The Appellant hereby certifies that a true and correct copy of the foregoing

Appellant's Motion for Extension of Time has been mailed to the Fort Bend

County District Attorney's Office, 301 Jackson Street, Room 101, Richmond, Texas

77469 on December 02, 2015.

 

**Arthur A Office, PRO SE**